IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERIC HOLTON,

                Plaintiff,                              ORDER

v.

                                                      11-cv-246-slc

GARY H. HAMBLIN, DAVID BURNETT
and PAUL SUMNICHT,

                Defendants.

---

In an August 30, 2012 screening order, this court granted pro se plaintiff Eric Holton, an inmate at the Waupun Correctional Institution, leave to proceed on claims that defendant Dr. Paul Sumnicht had failed to provide Holton with adequate medical treatment at Waupun Correctional Institution. The court also allowed Holton to proceed on his related request for injunctive relief against defendants Gary Hamblin (Secretary of the Wisconsin Department of Corrections) and David Burnett (DOC Medical Director) in their official capacities. *See* dkt. 21 at 11.

On January 13-14, 2014, the court tried Holton's claims against Dr. Sumnicht to a jury, while reserving to itself Holton's request for injunctive relief. On January 14, 2014, the jury returned a verdict in favor of Dr. Sumnicht on both of Holton's claims against him. *See* dkt. 122. This verdict renders moot Holton's request for injunctive relief. As a result,

It is ORDERED that plaintiff Eric Holton's claim for injunctive relief is DISMISSED WITH PREJUDICE.

Entered this 15th day of January, 2014.

                                                                       BY THE COURT:

                                                                       STEPHEN L. CROCKER
                                                                       Magistrate Judge