IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERIC HOLTON,

           Plaintiff,

v.

THE STATE OF WISCONSIN,
GARY H. HAMBLIN, DAVID BURNETT,
CATHY JESS, CATHERINE J. FARREY,
WILLIAM POLLARD, MICHAEL THURMER,
T.H. WILLIAMS, DR. HEINZL,
RICHARD SCHINEITER, BURTON COX,
RICHARD HEIDORN and PAUL SUMNICHT,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv246-slc

---

This action came before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Eric Holton's case with prejudice.

Approved as to form this 15th day of January, 2014.

_____
Stephen L. Crocker,
Magistrate Judge

_____      1/17/14
Peter Oppeneer, Clerk of Court          Date